1  GREGORY A. ROUGEAU (194437)
   MANASIAN & ROUGEAU LLP
2  400 Montgomery Street, Suite 1000
   San Francisco, CA 94104
3  Telephone: (415) 291-8425
   Facsimile: (415) 291-8426
4
   Attorneys for Defendants MORTEN JENSEN and JRDV ARCHITECTS, INC.
5

6  RAYMOND E. LOUGHREY (194363)
   The Law Offices of Raymond E. Loughrey
7  101 California St., Suite 2450
   San Francisco, CA 94111
8  Telephone: (415) 821-4400
   Facsimile: (415) 366-3333
9
   Attorneys for Plaintiffs ALONSO RUIZ DE VELASCO and TALLER UNICO DE
10 ARQUITECTOS, S. de R.L. de C.V.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO RUIZ DE VELASCO, an individual; and TALLER UNICO DE ARQUITECTOS, S. de R.L. de C.V., a Mexican corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MORTEN JENSEN, JRDV ARCHITECTS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02888 JCS<br><br>**STIPULATION FOR REMAND OF CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA** |

Plaintiffs ALONSO RUIZ DE VELASCO and TALLER UNICO DE ARQUITECTOS, S. de R.L. de C.V. (collectively, the "Plaintiffs"), and Defendants MORTEN JENSEN and JRDV ARCHITECTS, INC. (collectively, the "Defendants") hereby stipulate as follows:

**RECITALS**

A. On or about May 29, 2009, Plaintiffs commenced the above-captioned removed action in the Superior Court of the State of California, County of Alameda. The case is styled <u>Alonso Ruiz de Velasco et al v. Morten Jensen et al.</u>, and assigned case number RG 09-455042 in the Alameda County Superior Court.

B. Defendants removed the action to this Court on or about June 26, 2009, on the basis that the case is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

C. Section 1441(b) provides, however, that a civil action may be removable on the basis of diversity jurisdiction only if *none* of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

D. Both Defendants are citizens of California.

**STIPULATION**

WHEREFORE, the parties agree as follows:

1. Because there are no federal claims alleged in Plaintiffs' Complaint in the removed action, and because Defendants are citizens of California, Plaintiffs have asserted, and Defendants agree, that the case should be ordered remanded back to the Alameda County Superior Court, without the necessity of Plaintiffs having to move this Court for such relief.

2. It is requested that the Court enter an Order remanding the case to the Alameda County Superior Court, so that the case may be tried on its merits in that forum.

| | | |
|---|---|---|
| 1 | DATED: July 13, 2009 | MANASIAN & ROUGEAU LLP |

By  */s/ Gregory A. Rougeau*
    Gregory A. Rougeau
    Attorneys for Defendants MORTEN JENSEN
    and JRDV ARCHITECTS, INC.

DATED: July 13, 2009                      LAW OFFICES OF RAYMOND E. LOUGHREY

By  */s/ Raymond E. Loughrey*
    Raymond E. Loughrey
    Attorney for Plaintiffs ALONSO RUIZ DE
    VELASCO and TALLER UNICO DE
    ARQUITECTOS, S. de R.L. de C.V.

1  ORDER

2  This matter came before the Court on the Ex Parte Application To Approve Stipulation
3  For Remand (the "Application") filed by Plaintiffs ALONSO RUIZ DE VELASCO and
4  TALLER UNICO DE ARQUITECTOS, S. de R.L. de C.V. (collectively, the "Plaintiffs"), and
5  Defendants MORTEN JENSEN and JRDV ARCHITECTS, INC. (collectively, the
6  "Defendants"). The Court, being fully advised, finds that remand of the above-captioned case is
7  appropriate. Accordingly,

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

9  1.  The Stipulation is APPROVED;

10 2.  The above-captioned case is hereby REMANDED to the Superior Court of
11 California, County of Alameda.

13 DATED:  July 31, 2009

15 _____
   Honorable
16 UNITED STATES MAGISTRATE JUDGE

